Mary Sikora, appellant,

*v.*

Anelia Smuc, respondent.

[Submitted May 29th, 1942.   Decided September 18th, 1942.]

*Mr. Stephen P. Piga,* for the appellant.

*Mr. John J. Corcoran, Jr.,* for the respondent.

PER CURIAM.

The decree under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Fielder filed in the Court of Chancery.

*For reversal*—None.